UNITED STATES DISTRICTCOURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER IN CRIMINAL CASES

The Court orders that the parties shall file all documents in this case electronically. Accordingly, counsel must comply with the applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system. Documents filed electronically must be filed in OCR text searchable PDF format. A party may move to vacate this Order by a showing of good cause that electronic filing would be unduly burdensome.

Unless otherwise ordered, on the next business day following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following documents, including all exhibits and attachments:

1. Motions (including to dismiss the indictment, to suppress, etc.), memoranda in support, briefs in opposition, and replies;

2. Proposed voir dire and jury instructions;

3. Trial briefs;

4. Sentencing memoranda and motions to modify presentence reports; and

5. Any other filing as requested by the Court.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Rev 4/29/15